UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LIETZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BIRMINGHAM, et al.,<br><br>    Defendants. | Case No. 18-cv-06198-SI<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 2 |

Plaintiff, appearing *pro se*, has filed a motion for leave to proceed *in forma pauperis*. Dkt. No. 2. A review of the docket demonstrates that plaintiff resides in Montgomery, Alabama, and that the events at issue took place in Birmingham, Alabama. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE in writing to be filed on or before December 7, 2018** why his case falls within this Court's jurisdiction and why venue is proper in the Northern District of California. Specifically, plaintiff must demonstrate why the Court should not dismiss his case or transfer it to the U.S. District Court for the Northern District of Alabama.

**IT IS SO ORDERED**.

Dated: November 27, 2018

_____
SUSAN ILLSTON
United States District Judge