UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LIETZKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BIRMINGHAM, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06198-SI<br><br>**JUDGMENT** |

This action was dismissed without leave to amend, because this Court does not have jurisdiction over the defendants or this dispute, but without prejudice to refiling in a court which has jurisdiction over these defendants and claims. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 7, 2019

_____
SUSAN ILLSTON
United States District Judge